**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| Julius Womack, | : | |
|    Petitioner/Defendant, | : | Civil Action No. 11-285-WS |
| v. | : | Criminal No. 08-391-WS-C |
| United States of America, | : | |
|    Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 6, 2012 is **ADOPTED** as the opinion of this Court.

**DONE** this the 8th day of August, 2012.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**